# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jose Arturo Diaz-Mejia**<br>YOB: 1979; Citizen of Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**21-00286MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 18, 2021, at or near Sasabe, in the District of Arizona, **Jose Arturo Diaz-Mejia**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Laredo, Texas on January 6, 2021, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Jose Arturo Diaz-Mejia** is a citizen of Mexico. On January 6, 2021, **Jose Arturo Diaz-Mejia** was lawfully denied admission, excluded, deported and removed from the United States through Laredo, Texas. On May 18, 2021, agents found **Jose Arturo Diaz-Mejia** in the United States at or near Sasabe, Arizona, without the proper immigration documents. **Jose Arturo Diaz-Mejia** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher J. Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x<br>SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 20, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54